**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. GENERAL SERVICES ADMINISTRATION, *et al.*,<br><br>*Defendants*. | ) | Case No. 18-2419-CKK |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment, as well as the entire record, it is hereby

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment is **GRANTED**.

It is further **ORDERED** that Defendants' Motion for Summary Judgment is **DENIED**.

It is further **ORDERED** that Defendants' search for responsive records was inadequate. Each defendant shall immediately conduct a supplemental search for records responsive to Plaintiff's FOIA requests. Defendants shall each complete its supplemental search for responsive records by no later than 30 days from the date of this Order. Defendants shall each review not fewer than 1,000 pages of responsive records per month after the search has been completed and any duplicate records have been removed, and shall produce any non-exempt materials to Plaintiff on a monthly rolling basis beginning no later than 30 days after the search is complete.

It is further **ORDERED** that Defendant the Office of Management and Budget shall produce all responsive records being improperly and unlawfully withheld, including the 19 records identified as being withheld pursuant to the presidential communications privilege and

the deliberative process privilege, no later than 30 days from the date of this Order. Defendant may review the material to determine whether any other FOIA exemptions need to be applied.

It is further **ORDERED** that Defendant the Federal Bureau of Investigation shall produce all responsive records being improperly and unlawfully withheld, including the draft and final talking points identified as being withheld pursuant to the deliberative process privilege, no later than 30 days from the date of this Order. Defendant may review the material to determine whether any other FOIA exemptions need to be applied.

**SO ORDERED**.

Date: ________________________

________________________________
COLLEEN KOLLAR-KOTELLY
United States District Judge