**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. GENERAL SERVICES ADMINISTRATION, *et al.*,<br><br>*Defendants*. | ) | Case No. 18-2419-CKK |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS**

Pursuant to Local Civil Rule 7(h), Plaintiff American Oversight hereby submits the following statement of material facts as to which Plaintiff contends there are no genuine issues in support of its motion for summary judgment against Defendants the U.S. General Services Administration (GSA), the Office of Management and Budget (OMB), the U.S. Department of Justice (DOJ), and the Federal Bureau of Investigation (FBI). The attached Declaration of Hart Wood in Support of Plaintiff's Cross-Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment supports this statement.

**Plaintiff's Response to Defendants' Statement**

1. On August 30, 2018, Plaintiff submitted three requests to GSA, three requests to OMB, two requests to DOJ-OIP, and two requests to the FBI under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, seeking "meeting notes, agendas, informational material, readouts, and follow-up conversation notes related to the FBI Headquarters Consolidation Project from any White House meetings that may have addressed that topic and that took place" on up to three dates (December 20, 2017; January 24, 2018; and June 15, 2018) with a specified official of that agency and other administration officials allegedly in attendance. See Declaration of Travis Lewis (Lewis Decl.) ¶¶ 3-4 & Exs. 1-2; Declaration of Heather Walsh (Walsh Decl.) ¶ 5 & Exs. 1-3; Declaration of Vanessa R. Brinkmann (Brinkman Decl.) ¶¶ 4-5 & Exs. A, B; Declaration of David M. Hardy (Hardy Decl.) ¶¶ 5, 9 & Exs. A, E.

a. Admitted that Plaintiff submitted the requests described above. Denied that responsive records must refer to a meeting that took place "on up to three" specific dates; Plaintiff's requests refer to "any White House meetings that may have addressed" the FBI Headquarters Consolidation Project "and that took place on or about" the identified dates. *See, e.g.*, Exhibit A (GSA December 2017 Meeting Request) at 2.

2. Each agency acknowledged its receipt of Plaintiff's requests directed to that agency. See Lewis Decl. ¶ 4 & Exs. 4-6; Walsh Decl. ¶ 6 & Exs. 4-6; Brinkmann Dec. ¶ 7 & Ex. C; Hardy Decl. ¶¶ 6, 10 & Exs. B, F.

a. Admitted.

3. Each agency conducted searches for potentially responsive records, reviewed the records that were located, and released nonexempt responsive records. Lewis Decl. ¶ 11-18; Walsh Decl. ¶¶ 9-13; Brinkmann Decl. ¶¶ 15-18; Hardy Decl. ¶ 14, 27-30. GSA, OMB, and the FBI withheld some responsive records and/or redacted information from records under FOIA Exemptions. Lewis Decl. ¶¶ 15-18; Walsh Decl. ¶ 14; Hardy Decl. ¶ 14.

a. Plaintiff admits that Defendants located records that they believe to be responsive to Plaintiff's FOIA requests. Plaintiff further admits that GSA, OMB, and the FBI withheld some responsive records and/or redacted information from records under FOIA Exemptions. Plaintiff disputes that the records that Defendants located were the result of reasonable searches for responsive records. *See* Mem. in Support of Pl.'s Cross-Mot. for Summary Judgment.

**Plaintiff's Statement of Material Facts**

1. American Oversight submitted FOIA requests to GSA and OMB on August 30, 2018, seeking various records related to the FBI Headquarters Consolidation Project from any White House meetings that may have addressed the topic and that took place on or about

December 20, 2017 (collectively, the "December 2017 Meeting Request"). Exhibit A, GSA December 2017 Meeting Request); Declaration of Heather V. Walsh, ECF No. 22-3 ("Walsh Decl."), Ex. 1.

2. American Oversight submitted FOIA requests to all four Defendants on August 30, 2018, seeking various records related to the FBI Headquarters Consolidation Project from any White House meetings that may have addressed the topic and that took place on or about January 24, 2018 (collectively, the "January 2018 Meetings Request"). Walsh Decl., Ex. 2; Declaration of Travis Lewis, ECF No. 22-2 ("Lewis Decl."), Ex. 1; Declaration of Vanessa R. Brinkmann, ECF No. 22-4 ("Brinkmann Decl."), Ex. A; Declaration of David M. Hardy, ECF No. 22-5 ("Hardy Decl."), Ex. A.

3. American Oversight submitted FOIA requests all four Defendants on August 30, 2018, seeking various records related to the FBI Headquarters Consolidation Project from any White House meetings that may have addressed the topic and that took place on or about June 15, 2018 (collectively, the "June 2018 Meeting Request"). Walsh Decl., Ex. 3; Lewis Decl., Ex. 2; Brinkmann Decl., Ex. B; Hardy Decl., Ex. B.

4. OMB withheld each of the 19 responsive records that it located pursuant to Exemption 5 on the basis of both the presidential communications privilege and the deliberative process privilege. Walsh Decl. ¶¶ 16-22.

5. There is no evidence that these records were submitted to the president. *See generally* Walsh Decl. ¶¶ 16-22.

6. There is no evidence that these records were themselves used or created to advise the president. *See generally* Walsh Decl. ¶¶ 16-22.

7. Of the responsive records that FBI located, FBI withheld in full three draft presentations and one set of draft and final talking points dated June 15, 2018, pursuant to Exemption 5 and the deliberative process privilege. Hardy Decl. Ex. J, at 2.

*<u>/s/ Hart W. Wood</u>*
Hart W. Wood
D.C. Bar No. 1034361

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
hart.wood@americanoversight.org

*Counsel for Plaintiff*