**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>Plaintiff<br>v.<br>U.S. GENERAL SERVICES ADMINISTRATION, *et al*.,<br>Defendants | Civil Action No. 18-2419 (CKK) |

**ORDER**
(April 20, 2020)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that

the Court **GRANTS IN PART** Plaintiff's [23] Motion for Summary Judgment because the Court has found that Defendants' searches in response to Plaintiff's FOIA requests were inadequate. It is further

**ORDERED** that the Court otherwise **DENIES WITHOUT PREJUDICE** Plaintiff's [23] Motion Summary Judgment and Defendants' [22] Motion for Summary Judgment. It is further

**ORDERED** that the parties meet and confer to discuss Defendants' additional searches. It is further

**ORDERED** that Defendants complete new searches responsive to Plaintiff's FOIA requests by no later than **JUNE 30, 2020**. If it is not possible to complete the searches by that date, Defendants should file a Status Report prior to **MAY 29, 2020**, informing the Court as to why the deadline cannot be met and proposing a new deadline. It is further

**ORDERED** that, following Defendants' new searches, if necessary, the parties may file renewed motions for summary judgment addressing all disputed withholdings and redactions in order to avoid piecemeal litigation.

**SO ORDERED.**

/s/
**COLLEEN KOLLAR-KOTELLY**
United States District Judge